**Order entered November 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01202-CR

**BRIAN GAETA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MA13-30802-N**

## ORDER

On October 15, 2015, this Court ordered Vearneas Faggett, former official court reporter of the County Criminal Court No. 11, and now official court reporter of the Criminal District Court No. 7, to file a supplemental record in this Court containing State's Exhibit No. 1, and a duplicate copy of the exhibit with the Dallas County Clerk. Although the supplemental record was due within fifteen days of the order, to date Ms. Faggett has neither filed the supplemental record containing the exhibit nor communicated with the Court regarding the status of the supplemental record.

Accordingly, we **ORDER** Vearneas Faggett, former official court reporter of the County Criminal Court No. 11, to file, by **NOVEMBER 16, 2015**, a supplemental record containing State's Exhibit No. 1 with this Court and a duplicate copy with the Dallas County Clerk. *See*

TEX. R. APP. P. 34.6(h).  If we do not receive the supplemental record by the date specified, the Court will utilize the available remedies to obtain the record, including ordering that Vearneas Faggett not sit as a court reporter until she has complied with this Court's order.

Appellant's brief is due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, now official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE